January 20, 2021                     4:17mj407 DDN

Clerk of the Court
Thomas F. Eagleton,
United States Courthouse
111 South Tenth Street, Room 3.300
St. Louis, MO 63102-1116

RE: Status of Motion for Return of Seized Property Pursuant to Federal Rules of Criminal Procedure 41(g)

RECEIVED
JAN 28 2021
BY MAIL

Dear Clerk,
 Could you please inform me as to the status of the Motion for Return of Seized Property I sent for filing on November 4, 2020 and if any filing fees are outstanding. Thank you very much.

                    Respectfully submitted,
                    Taylor Michael Wilson
                    TAYLOR MICHAEL WILSON
                    47217-044  A1
                    FCI Berlin, PO Box 9000
                    Berlin, NH 03570

cc: File

Taylor Wilson #47217-0414 A1
Federal Correctional Institution Berlin
PO Box 9000
Berlin, NH 03570

WHITE RIVER JUNCTION
VT 050 1 T
25 JAN 2021 PM



RECEIVED
JAN 28 2021
BY MAIL

Clerk of the Court
United States Courthouse,
111 South Tenth Street, Room 3.300
St. Louis, MO 63102-1116