RECEIVED

SEP 13 2021

BY MAIL

Office of the Clerk                                    9/7/21
United States District Court
Eastern District of Missouri
111 S. Tenth St.
St. Louis, Missouri 63102


Re: Status for Case No.: 4:17-MJ-407-DDN


Dear Clerk,
    I respectfully request the status of case no. 4:17-MJ-407-DDN, it has been many months and I have received no reply about any ruling or motions. A response in whatever form would be greatly appreciated.
    Thank you very much.

                             Sincerely,
                             *Taylor Michael Wilson*
                             TAYLOR MICHAEL WILSON
                             FCI Berlin
                             PO Box 9000
                             Berlin, NH 03571

cc: File

Taylor Wilson
c/o 47217-0114
Federal Correctional Institution Berlin
PO Box 9000
Berlin, New Hampshire 03570

WHITE RIV JCT VT 050

08 SEP 2021 PM 1 L



RECEIVED
SEP 13 2021
BY MAIL

Office of the Clerk
United States District Court
Eastern District of Missouri
111 S. Tenth St.
St. Louis, Missouri 63102

6910281123