UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | Case No. 4:17 MJ 407 DDN |
| | ) | |
| TAYLOR MICHAEL WILSON, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

This matter is before the Court on the *pro se* motion of Taylor Michael Wilson for the return of seized property under Federal Rule of Criminal Procedure Rule 41(g). Doc. [10]. The government responded in opposition. Doc. [13]. On August 27, 2021, Judge Noce issued an Order and Recommendation, recommending that the Court deny Wilson's motion. Doc. [17]. Wilson has not filed any objections to the Order and Recommendation, and the time to do so has passed. After careful consideration, and in light of Wilson's failure to file objections, the Court sustains and adopts the thorough reasoning set forth in Judge Noce's Order and Recommendation.

Accordingly,

**IT IS HEREBY ORDERED** that the Court **SUSTAINS, ADOPTS**, and **INCORPORATES** Judge Noce's Order and Recommendation, Doc. [17], and **DENIES** Movant's Motion for Return of Seized Property, Doc. [10].

Dated this 18th day of October, 2021

_____
MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE